**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TREMAINE BAILEY, | ) | NO. CV 18-8653-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J. SOTO, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: ___December 23, 2019___ .

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE